**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CABAS, ROBERTO | § | Case No. 10-13402 |
| CABAS, LEA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/17/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/13/2010_____        By:   /s/DEBORAH K. EBNER_____
                                                                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CABAS, ROBERTO          §   Case No. 10-13402

      CABAS, LEA              §

                              §

Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.93 |
| *and approved disbursements of* | $ 508.12 |
| *leaving a balance on hand of* [1] | $ 6,992.81 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DEBORAH K. EBNER | $ 1,449.29 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,754.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 8,540.02 | $ 766.62 |
| 2 | American Infosource Lp As Agent for Citibank (South Dakota) | $ 11,152.38 | $ 1,001.12 |
| 3 | Chase Bank USA, N.A. | $ 5,774.28 | $ 518.34 |
| 4 | Chase Bank USA, N.A. | $ 6,409.82 | $ 575.39 |
| 5 | Chase Bank USA, N.A. | $ 13,762.18 | $ 1,235.39 |
| 6 | GE Money Bank dba MEIJER | $ 692.90 | $ 62.20 |
| 7 | American Infosource Lp As Agent for Citibank | $ 9,667.59 | $ 867.83 |
| 8 | Chase Bank USA,N.A | $ 929.87 | $ 83.47 |
| 9 | Fia Card Services NA/Bank of America by American Infosource LP as its agent | $ 4,825.32 | $ 433.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:  /s/DEBORAH K. EBNER

Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: dwilliams          Page 1 of 1              Date Rcvd: Aug 16, 2010
Case: 10-13402              Form ID: pdf006           Total Noticed: 19

The following entities were noticed by first class mail on Aug 18, 2010.
db/jdb      +Roberto Cabas,   Lea Cabas,   1372 Normantown Road,    Naperville, IL 60564-5620
aty         +Alonzo H Zahour,   Law Office of Alonzo H. Zahour,    235 Remington Boulevard Suite G1,
             Bolingbrook, IL 60440-3686
tr          +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
15324931     Bank of America,   PO Box 15027,   Wilmington, DE 19850-5027
15324932     Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
15324933     Cardmember Services,   PO Box 15298,   Wilmington, DE 19850-5298
15614364     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15733773    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15324934     Citi Cards,   Box 6000,   The Lakes, NV 89163-6000
15324938     Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
15324939    +TCF National Bank,   555 East Butterfield Road,   Lombard, IL 60148-5680
15324940    +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335

The following entities were noticed by electronic transmission on Aug 16, 2010.
15533987     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2010 01:29:28
             American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
             Oklahoma City, OK 73124-8840
15501184     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2010 01:58:56       Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
15324935     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 17 2010 01:58:56       Discover More Card,
             PO Box 30943,   Salt Lake City, UT 84130-0943
15895601     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2010 01:29:15
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK 73124-8809
15324936    +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2010 01:26:35       GE Money Bank,
             Attn: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
15656544    +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2010 01:26:35       GE Money Bank dba MEIJER,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15324937     E-mail/PDF: cr-bankruptcy@kohls.com Aug 17 2010 01:59:10       Kohl's,   PO Box 3043,
             Milwaukee, WI 53201-3043
                                                                                           TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**               **Signature:**   *Joseph Speetjens*