# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: CABAS, ROBERTO  
       CABAS, LEA

Case No. 10-13402

Chapter 7

_____,  
Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $37,108.00 |
| Total Distribution to Claimants: $5,543.53 | Claims Discharged Without Payment: $76,413.53 |
| Total Expenses of Administration: $1,449.41 | |

3) Total gross receipts of $ 7,501.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 508.46 (see **Exhibit 2**), yielded net receipts of $6,992.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $131,706.02 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,449.41 | 1,449.41 | 1,449.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 79,770.54 | 61,754.36 | 61,754.36 | 5,543.53 |
| **TOTAL DISBURSEMENTS** | $211,476.56 | $63,203.77 | $63,203.77 | $6,992.94 |

4) This case was originally filed under Chapter 7 on March 26, 2010. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2010         By: /s/DEBORAH K. EBNER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 7,500.00 |
| Interest Income | 1270-000 | 1.40 |
| **TOTAL GROSS RECEIPTS** | | **$7,501.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Roberto Cabas | Exemption | 8100-002 | 0.00 |
| Roberto Cabas | Exemption | 8100-002 | 508.46 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$508.46** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 68,956.02 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 4110-000 | 62,750.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$131,706.02** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,449.29 | 1,449.29 | 1,449.29 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.12 | 0.12 | 0.12 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 1,449.41 | 1,449.41 | 1,449.41 |
|---|---|---|---|---|

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,914.00 | 8,540.02 | 8,540.02 | 766.62 |
| 2 | American Infosource Lp As Agent for Citibank (South | 7100-000 | 20,634.89 | 11,152.38 | 11,152.38 | 1,001.12 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 5,774.28 | 5,774.28 | 518.34 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 0.00 | 6,409.82 | 6,409.82 | 575.39 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 25,183.21 | 13,762.18 | 13,762.18 | 1,235.39 |
| 6 | GE Money Bank dba MEIJER | 7100-000 | 553.09 | 692.90 | 692.90 | 62.20 |
| 7 | American Infosource Lp As Agent for Citibank | 7100-000 | 0.00 | 9,667.59 | 9,667.59 | 867.83 |
| 8 | Chase Bank USA,N.A | 7100-000 | 796.84 | 929.87 | 929.87 | 83.47 |
| 9 | Fia Card Services NA/Bank of America by American | 7100-000 | 4,485.81 | 4,825.32 | 4,825.32 | 433.17 |
| NOTFILED | Sears | 7100-000 | 4,759.22 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 15,443.48 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 79,770.54 | 61,754.36 | 61,754.36 | 5,543.53 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-13402  
Case Name: CABAS, ROBERTO  
CABAS, LEA  
Period Ending: 11/21/10

Trustee: (330480) DEBORAH K. EBNER  
Filed (f) or Converted (c): 03/26/10 (f)  
§341(a) Meeting Date: 04/21/10  
Claims Bar Date: 07/29/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>1372 Normantown Road, Naperville, IL 60564 | 143,500.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>West Suburban Bank | 8,000.00 | 7,500.00 | | 7,500.00 | FA |
| 3 | BANK ACCOUNTS<br>TCF Checking | 150.00 | 142.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>3 TV's, 4 Beds, Kitchen table and chairs, Couch, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>2 Adult ordinary supplies | 700.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY<br>Wedding ring and watch | 100.00 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES<br>Thru work | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | AUTOMOBILES AND OTHER VEHICLES<br>2004 Honda Odyssey 90,000 miles | 6,450.00 | 1,650.00 | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES<br>1998 Mitsubshi Montero 140,000 miles | 975.00 | 975.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.40 | FA |
| 10 | Assets Totals (Excluding unknown values) | $160,875.00 | $10,267.00 | | $7,501.40 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee fees awarded: $1,449.29, expenses awarded: $0.00 on 9/17/2010; distribution checks cut 9/23/10

Initial Projected Date Of Final Report (TFR):     Current Projected Date Of Final Report (TFR): August 13, 2010 (Actual)

Printed: 11/21/2010 04:56 PM  V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-13402 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CABAS, ROBERTO | | Bank Name: | The Bank of New York Mellon |
| | CABAS, LEA | | Account: | 9200-******61-65 - Money Market Account |
| Taxpayer ID #: | **-***5839 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/27/10 | {2} | Roberto & Lea Cabas | turnover of bank account | 1129-000 | 7,500.00 | | 7,500.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 7,500.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,500.48 |
| 06/30/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.12 | 7,500.36 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.45 | | 7,500.81 |
| 08/04/10 | 1001 | Roberto Cabas | Exemption Stopped on 09/17/10 | 8100-002 | | 508.00 | 6,992.81 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 6,993.25 |
| 09/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,993.28 |
| 09/17/10 | | To Account #9200******6166 | To close | 9999-000 | | 7,501.28 | -508.00 |
| 09/17/10 | 1001 | Roberto Cabas | Exemption Stopped: check issued on 08/04/10 | 8100-002 | | -508.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,501.40 | 7,501.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,501.28 | |
| | | | Subtotal | | 7,501.40 | 0.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,501.40 | $0.12 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 11/21/2010 04:56 PM     V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-13402 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | CABAS, ROBERTO | | Bank Name: | The Bank of New York Mellon |
| | CABAS, LEA | | Account: | 9200-******61-66 - Checking Account |
| Taxpayer ID #: | **-***5839 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/10 | | From Account #9200******6165 | To close | 9999-000 | 7,501.28 | | 7,501.28 |
| 09/17/10 | 101 | Discover Bank | Final Distribution - 9% | 7100-000 | | 766.62 | 6,734.66 |
| 09/17/10 | 102 | American Infosource Lp As Agent for Citibank (South Dakota) | Final Distribution - 9% | 7100-000 | | 1,001.12 | 5,733.54 |
| 09/17/10 | 103 | Chase Bank USA, N.A. | Final Distribution - 9% | 7100-000 | | 518.34 | 5,215.20 |
| 09/17/10 | 104 | Chase Bank USA, N.A. | Final Distribution - 9% | 7100-000 | | 575.39 | 4,639.81 |
| 09/17/10 | 105 | Chase Bank USA, N.A. | Final Distribution - 9% | 7100-000 | | 1,235.39 | 3,404.42 |
| 09/17/10 | 106 | GE Money Bank dba MEIJER | Final Distribution - 9% | 7100-000 | | 62.20 | 3,342.22 |
| 09/17/10 | 107 | American Infosource Lp As Agent for Citibank | Final Distribution - 9% | 7100-000 | | 867.83 | 2,474.39 |
| 09/17/10 | 108 | Chase Bank USA,N.A | Final Distribution - 9% | 7100-000 | | 83.47 | 2,390.92 |
| 09/17/10 | 109 | Fia Card Services NA/Bank of America by American Infosource | Final Distribution - 9% | 7100-000 | | 433.17 | 1,957.75 |
| 09/17/10 | 110 | DEBORAH K. EBNER | Per Order of 9/17/10 | 2100-000 | | 1,449.29 | 508.46 |
| 09/17/10 | 111 | Roberto Cabas | Exemption | 8100-002 | | 508.46 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,501.28 | 7,501.28 | $0.00 |
| Less: Bank Transfers | 7,501.28 | 0.00 | |
| Subtotal | 0.00 | 7,501.28 | |
| Less: Payments to Debtors | | 508.46 | |
| NET Receipts / Disbursements | $0.00 | $6,992.82 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******61-65 | 7,501.40 | 0.12 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 6,992.82 | 0.00 |
| | $7,501.40 | $6,992.94 | $0.00 |

{} Asset reference(s)    Printed: 11/21/2010 04:56 PM    V.12.54